UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>FRANCISCO FUENTES-MARQUEZ,<br><br>           Defendant. | No. CR-11-2018-EFS<br><br>**ORDER GRANTING THE USAO'S MOTION FOR ORDER DISMISSING INDICTMENT** |

Before the Court is the U.S. Attorneys Office's (USAO) Motion for Order Dismissing Indictment (ECF No. 32). Leave of Court is given to dismiss the Indictment (ECF No. 14). The Court makes no judgment as to the merit or wisdom of this dismissal. Accordingly, **IT IS HEREBY ORDERED:**

    1. The USAO's Motion for Order Dismissing Indictment **(ECF No. 32)** and related Motion to Expedite **(ECF No. 33)** are **GRANTED.**

    2. The Indictment **(ECF No. 14)** shall be **DISMISSED WITHOUT PREJUDICE.**

///
///
///
///

ORDER - 1

3.   All pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Office.

DATED this  17th   day of February 2011.


                          s/Edward F. Shea
                         EDWARD F. SHEA
                    United States District Judge

Q:\Criminal\2011\2018.48.dismissal.frm

ORDER - 2